In re GREAT LAKES RUBBER PROD-
UCTS CO.

No. 24629.

District Court, N. D. Ohio, E. D.
March 8, 1932.

Stanley, Horwitz & Kiefer, of Cleveland, Ohio, for Edward D. Kretch.

Hagenbuch & Bailey and Sydney A. Davies, all of Cleveland, Ohio, for alleged bankrupt.

Herbert S. Mendelsohn, of Cleveland, Ohio, for petitioning creditors.

JONES, District Judge.

Report of special master approved. Adjudication and appointment of receiver vacated. Compensation of special master in amount of $100 and expenses of $5 allowed.